UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICKIE THORNBURG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CAUSE NO. 1:05-cv-1378- RLY-TAB |
| | ) |
| STRYKER CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Defendant Howmedica Osteonics Corp. d/b/a/ Stryker Orthopaedics motion for summary judgment [Docket No. 71] is GRANTED. Judgment shall be entered in favor of the Defendant Howmedica Osteonics Corp. and against the Plaintiff. Costs shall be awarded to the named Defendants.

ALL OF WHICH IS ORDERED THIS 3rd day of July, 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies:

Mary Beth Ramey
RAMEY & HAILEY
office@sprynet.com

Douglas B. Bates
STITES & HARBISON, LLP
dbates@stites.com

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hoolverhull.com

Sarah Stites Fanzini
HOOVER HULL BAKER & HEATH LLP
sfanzini@hooverhull.com

William Joseph Spalding
HOOVER HULL BAKER & HEATH LLP
wspalding@hooverhull.com